UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | 5:25-cv-03217-JWH (AJRx) | Date | January 6, 2026 |
| Title | *Carlos Enrique Espada Hernandez v. Warden of Adelanto Detention Facility et al.* | | |

Present: The Honorable   JOHN W. HOLCOMB, UNITED STATES DISTRICT JUDGE

| Clarissa Lara | Sharon Seffens |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| Alfonso Morales | Whitney Wakefield, AUSA |

**Proceedings:   HEARING RE: PETITIONER'S *EX PARTE* APPLICATION FOR A TEMPORARY RESTRAINING ORDER [5]**

Counsel state their appearances. The Court confers with counsel and hears oral argument. For the reasons stated on the record, the Court hereby **ORDERS** as follows:

1. Petitioner's *Ex Parte* Application [ECF No. 5] is **GRANTED**.

2. Respondents are **TEMPORARILY ENJOINED** from continuing to detain Petitioner unless Petitioner is provided with an individualized bond hearing before an immigration judge pursuant to 8 U.S.C. § 1226(a) no later than January 13, 2026.

3. Respondents are **DIRECTED** to show cause in writing by January 14, 2026, why the Court should not issue a preliminary injunction in this case.

4. Petitioner may file an optional response no later than January 16, 2026, at 12:00 noon.

5. A hearing on the preliminary injunction is **SET** for January 20, 2026, at 2:00 p.m. Counsel for all parties are **DIRECTED** to appear in person at that date

Time:  00:12
Initials of Preparer: cla

and time in Courtroom 9D of the Ronald Reagan Federal Building and U.S. Courthouse, 411 W. 4th Street, Santa Ana, California.

6. This Temporary Restraining Order is issued at 10:15 a.m. on Tuesday, January 6, 2026. It shall remain in effect until the conclusion of the hearing on January 20, 2026.

**IT IS SO ORDERED.**

Time: <u>00:12</u>
Initials of Preparer: cla